FILED
2009 May-14  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERMAINE SMART,** ] | |
| ] | |
| **Petitioner,** ] | |
| ] | |
| vs. ] | **2:09-CV-0764-VEH-RRA** |
| ] | |
| **WARDEN DAVID WISE** ] | |
| **and THE ATTORNEY GENERAL** ] | |
| **FOR THE STATE OF ALABAMA,** ] | |
| ] | |
| **Respondents.** ] | |

## **MEMORANDUM OPINION**

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the action be dismissed because the claim raised by the petitioner does not state a ground for habeas relief. Objections have been filed. The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** this the 14th day of May, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge