FILED
2009 May-14 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERMAINE SMART,** ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | 2:09-CV-0764-S-VEH-RRA |
| ] | |
| **WARDEN DAVID WISE** ] | |
| **and THE ATTORNEY GENERAL** ] | |
| **FOR THE STATE OF ALABAMA,** ] | |
| ] | |
| **Respondents.** ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

**DONE** and **ORDERED** this the 14th day of May, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge